**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| OMAR REEVE, | : | No. 97 EM 2016 |
| Petitioner | : | |
| v. | : | |
| COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of August, 2016, the Application for Leave to File Original Process and the Petition for Review in the Nature of a Complaint in Mandamus are **DISMISSED**. *See Commonwealth v. Ali*, 10 A.3d 282 (Pa. 2010) (explaining that hybrid representation is not permitted). The Prothonotary is **DIRECTED** to forward the filings to counsel of record.